JAMES SIMPSON, Respondent, v. DOLSON & McLAUGHLIN, INC., Appellant.—

Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.